JEANNE'S ENTERPRISES, INC., T/A LE BISTRO, PLAIN-
TIFF-APPELLANT, v. STATE OF NEW JERSEY, DEPART-
MENT OF LAW AND PUBLIC SAFETY, ETC., *ET AL.*,
DEFENDANTS-RESPONDENTS.

Argued December 19, 1966—Decided December 21, 1966.

*Mr. Morris Brown* argued the cause for appellant (*Messrs. Wilentz, Goldman & Spitzer,* of counsel).

*Mr. Alan B. Handler,* First Assistant Attorney General, argued the cause for respondents (*Mr. Arthur J. Sills,* Attorney General, of counsel).

The opinion of the court was delivered

PER CURIAM. The judgment of the Appellate Division of the Superior Court, 93 *N. J. Super.* 230, 225 *A. 2d* 593 is affirmed for the reasons expressed in the Appellate Division opinion.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN — 7.

*For reversal* — None.